IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JEFF JONES                                                                                    PLAINTIFF
Reg. #20386-078

v.                          No: 2:16-cv-00147 JM-PSH

C. RIVERA, *et al.*                                                                      DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After carefully considering the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Jones' motion for summary judgment (Doc. No. 22) is denied;

2. Defendants' motion for summary judgment (Doc. No. 24) is granted;

3. Jones' official capacity claims against defendants Moreland and Woodard are dismissed with prejudice; and

4. Jones' claims against defendants Rivera, Hoy, Kruger, and Stiles are dismissed with prejudice.

DATED this 9th day of July, 2018.

_____
UNITED STATES DISTRICT JUDGE