**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

**JEFF JONES**                                                                                          **PLAINTIFF**
**Reg. #20386-078**

**v.**                                        **No: 2:16-cv-00147 JM-PSH**

**PATRICIA MOREHART,** *et al.*                                                        **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.      Defendants' motion for summary judgment (Doc. No. 54) is granted;

2.      Jones' claims against defendants Morehart and Dr. Woodard are dismissed with prejudice.


DATED this 17th day of April, 2019.


_____
UNITED STATES DISTRICT JUDGE