IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JEFF JONES                                                                                    PLAINTIFF
Reg. #20386-078

v.                         No: 2:16-cv-00147 JM-PSH

PATRICIA MOREHART, *et al.*                                                    DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied.

DATED this 17th day of April, 2019.

_____
UNITED STATES DISTRICT JUDGE